SEALED

FILED
AUG 20 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18 MJ 0 0 1 4 4 EPG |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER SEALING CRIMINAL COMPLAINT AND AFFIDAVIT |
| CHRISTOPHER OLSON, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Criminal Complaint in the above captioned case shall be SEALED until otherwise ordered by the court.

DATED: Aug. 17, 2018

_____
Honorable Erica P. Grosjean
United States Magistrate Judge

Order Sealing Application for Search Warrant and Search Warrant          1