

FILED

AUG 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  MCGREGOR W. SCOTT
   United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-mj-00144-EPG |
|---|---|
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| CHRISTOPHER OLSON, | |
| Defendant. | |

This Complaint was sealed by Order of this Court.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: 8/21/18

Hon. Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Motion and Order to Unseal Complaint                 2