1  RICHARD M. OBERTO
   ATTORNEY AT LAW
2  State Bar No. 247285
   516 W. Shaw Ave. Ste 200
3  Fresno, California 93704
   Telephone: (559) 221-2557
4
   Attorney for Defendant,
5  Christopher Olson

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,        )   No. 1:18-cr-00193-DAD-BAM
                                    )
10            Plaintiff,            )   WAIVER OF DEFENDANT'S
                                    )   PERSONAL PRESENCE PURSUANT TO
11      v.                          )   FEDERAL RULES OF CRIMINAL
                                    )   PROCEDURE, RULE 43(b)(3);
12 CHRISTOPHER OLSON,               )   ORDER
                                    )
13            Defendant.            )
                                    )
14 _____ )

15 **TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

16      The defendant CHRISTOPHER OLSON ("Mr. Olson") has been advised of his

17 right to be personally present at all stages of the court proceedings in the above entitled

18 action against him.  Mr. Olson hereby waives his right to be present for proceedings that

19 involve only a conference or a hearing on a question of law pursuant to Federal Rules of

20 Criminal Procedure, Rule 43, subdivision (b)(3).

21      Pursuant to this waiver, Mr. Olson requests that the court allow his interests to be

22 represented by the presence of his attorney, Richard M. Oberto, and he agrees that his

23 interests shall be represented the same as if he were personally present.  Mr. Olson agrees

24 that notice to his attorney that his personal presence is required for a proceeding at a

25 specific time and place will be deemed notice to Mr. Olson of the requirement of his

26 personal presence.

27

28

DATED: 9/21/2018  /S/CHRISTOPHER OLSON
CHRISTOPHER OLSON
Defendant
*Original signature retained by attorney Richard M. Oberto*

DATED: 9/26/2018  /S/RICHARD M. OBERTO
RICHARD M. OBERTO
Attorney for defendant,
Christopher Olson
*Original signature retained by attorney Richard M. Oberto*

# **O R D E R**

**IT IS HEREBY ORDERED** that the personal presence of defendant CHRISTOPHER OLSON is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated: **September 28, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE