1  McGREGOR W. SCOTT
   United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:18-CR-00193-DAD-BAM

12                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                             FINDINGS AND ORDER

14  CHRISTOPHER OLSON,                     DATE: March 25, 2019
                                           TIME: 1:00 p.m.
15                    Defendant.           COURT: Hon. Barbara A. McAuliffe

16

17                              **STIPULATION**

18         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20         1.     By previous order, this matter was set for status on March 25, 2019.

21         2.     By this stipulation, defendant now moves to continue the status conference until May 13,

22  2019, and to exclude time between March 25, 2019, and May 13, 2019.

23         3.     The parties agree and stipulate, and request that the Court find the following:

24              a)     The government has previously provided discovery to the defendant consisting of

25  ATF reports, search warrant photographs, and videos and recordings of the defendant.  The

26  defendant requested, and the government recently provided, supplemental discovery consisting

27  of additional ATF reports.

28              b)     Counsel for defendant desires additional time to review these additional reports,

                                              1

discuss them with his client, and research and determine what affect, if any, they will have on the defendant's case, sentence and plea negotiations.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2019 to May 13, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: March 20, 2019                          McGREGOR W. SCOTT
                                               United States Attorney


                                               /s/ ROSS PEARSON
                                               ROSS PEARSON
                                               Assistant United States Attorney

Dated:  March 20, 2019

/s/ Richard M. Oberto
RICHARD M. OBERTO
Counsel for Defendant
CHRISTOPHER OLSON
(Authorized by email on March 20, 2019)

# FINDINGS AND ORDER

IT IS SO ORDERED that the 2nd Status Conference is continued from 3/25/2019 to 5/13/2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **March 20, 2019**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE