McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-CR-00193-DAD-BAM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| CHRISTOPHER OLSON, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Christopher Olson, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Christopher Olson's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

  a. Unknown unknown rifle caliber unknown (Asset ID 18-ATF-029396);

  b. Unknown unknown rifle caliber unknown (Asset ID 18-ATF-029400);

  c. Remington Arms Company, Inc. 22 caliber 550-1 rifle (Asset ID 18-ATF-029404);

  d. Unknown unknown receiver/frame caliber unknown (Asset ID 18-ATF-029442);

  e. 5 rounds assorted (2 12-gauge shells, 3 .22LR) ammunition multi-caliber

(Asset ID 18-ATF-029445);

  f. 1 round 12 caliber Federal ammunition (Asset ID 18-ATF-029450);

  g. 7 rounds 20 caliber Federal ammunition (Asset ID 18-ATF-029452);

  h. 13 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029454);

  i. 50 rounds 22/16 caliber CCI ammunition (Asset ID 18-ATF-029462);

  j. 152 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029467);

  k. 112 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029468);

  l. 316 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029469);

  m. 1 Component unknown caliber unknown (Asset ID 18-ATF-029470);

  n. 2 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029471); and

  o. 44 round assorted ammunition caliber unknown (Asset ID 18-ATF-029474).

 2. The above-listed property constitutes firearms and ammunition involved in or used in the knowing commission of a violation of 18 U.S.C. § 922(a)(1)(A).

 3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives in its secure custody and control.

 4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official

government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **May 9, 2019**

UNITED STATES DISTRICT JUDGE