1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSS PEARSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for the
6  United States of America

7

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. 1:18-CR-00193-DAD-BAM
12 | Plaintiff, | FINAL ORDER OF FORFEITURE
13 | v. |
14 | CHRISTOPHER OLSON, |
15 | Defendant. |

16

17  WHEREAS, on May 9, 2019, the Court entered a Preliminary Order of Forfeiture,

18 forfeiting to the United States all right, title, and interest of defendant Christopher Olson in the

19 following property:

20  a. Unknown unknown rifle caliber unknown (Asset ID 18-ATF-029396);

21  b. Unknown unknown rifle caliber unknown (Asset ID 18-ATF-029400);

22  c. Remington Arms Company, Inc. 22 caliber 550-1 rifle (Asset ID 18-ATF-
23     029404);

24  d. Unknown unknown receiver/frame caliber unknown (Asset ID 18-ATF-
25     029442);

26  e. 5 rounds assorted (2 12-gauge shells, 3 .22LR) ammunition multi-caliber
27     (Asset ID 18-ATF-029445);

28  f. 1 round 12 caliber Federal ammunition (Asset ID 18-ATF-029450);

1

1         g.   7 rounds 20 caliber Federal ammunition (Asset ID 18-ATF-029452);

2         h.   13 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029454);

3         i.   50 rounds 22/16 caliber CCI ammunition (Asset ID 18-ATF-029462);

4         j.   152 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029467);

5         k.   112 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029468);

6         l.   316 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029469);

7         m.   1 Component unknown caliber unknown (Asset ID 18-ATF-029470);

8         n.   2 rounds assorted ammunition caliber unknown (Asset ID 18-ATF-029471);

9         and

10         o.   44 round assorted ammunition caliber unknown (Asset ID 18-ATF-029474).

11      AND WHEREAS, beginning on June 6, 2019, for at least thirty (30) consecutive days,

12 the United States published notice of the Court's Order of Forfeiture on the official internet

13 government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties

14 of their right to petition the Court within sixty (60) days from the first day of publication of the

15 notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited

16 property;

17      AND WHEREAS, the United States sent direct written notice by certified mail to the

18 following individuals known to have an alleged interest in the above-described property:

19         a.   Steven Toste:  A notice letter was sent via certified mail to Steven Toste at

20 11888 Excelsior Avenue, Hanford, CA 93656 on June 6, 2019.  The certified mail envelope was

21 returned to the U.S. Attorney's Office on July 1, 2019, marked as "Return to Sender Unclaimed

22 Unable to Forward".

23         b.   Steven Toste:  A notice letter was sent via certified mail to Steven Toste at

24 the above-listed address on August 5, 2019.  The certified mail envelope was returned to the U.S.

25 Attorney's Office on July 1, 2019, marked as "Return to Sender Unclaimed Unable to Forward".

26         c.   Steven Toste:  A notice letter was sent via first class mail to Steven Toste

27 at 11888 Excelsior Avenue, Hanford, CA 93656 on July 20, 2021.  On July 29, 2021, Spencer

28 Olson, Steven Toste's son, called the U.S. Attorney's Office and confirmed receipt of the notice

letter.

AND WHEREAS, the Court has been advised that Steven Toste has not filed a claim to the subject property and the time for him to file a claim has expired.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Christopher Olson and Steven Toste and their interests are extinguished.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __December 6, 2021__          _Dale A. Drozd_
                                     UNITED STATES DISTRICT JUDGE